# UNITED STATES DISTRICT COURT

## District of Minnesota

Sandra Elizabeth Chasipanta Llangari,

Petitioner(s),

v.

Todd Blanche, Markwayne Mullin, Todd M. Lyons, and David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-283 JMB/JFD

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Sandra C.'s motion for attorneys' fees and costs under the EAJA, 28 U.S.C. § 2412, is GRANTED.
2. Sandra C. is awarded attorneys' fees and costs in the amount of $7,800.

Date: 5/27/2026

KATE M. FOGARTY, CLERK